PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Kenneth Matthew Thornton</u>     Case Number: <u>3:02-00074-02</u>

Name of Judicial Officer: <u>The Honorable Todd J. Campbell, U. S. District Judge</u>

Date of Original Sentence: <u>June 6, 2003</u>

Original Offense: <u>18 U.S.C. § 924(c) Using and Carrying a Firearm (Molotov Cocktail) During and in Relation to a Crime of Voilence</u>

Original Sentence: <u>144 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>September 17, 2012</u>

Assistant U.S. Attorney: <u>Unassigned</u>     Defense Attorney: <u>Jeffery E. Frensley</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _17_ day of _March_, 2013,
and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place     Nashville, Tennessee

Date
          March 17, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No. Nature of Noncompliance

1. **The defendant shall refrain from any unlawful use of a controlled substance.**

    Mr. Thornton tested positive for marijuana and cocaine on December 30, 2013. He tested positive for marijuana on two additional occasions on January 9, and February 4, 2014. After submitting urine for a drug test on February 24, 2014, Mr. Thornton admitted using concentrated marijuana in pill form recently. Following a drug test on March 5, 2014, he admitted to recent marijuana use. Mr. Thornton has tested negative for illegal drugs on 24 occasions since he began supervised release.

2. **The defendant shall participate in a program of drug testing and substance abuse treatment.**

    Mr. Thornton failed to report for drug testing on February 4, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Thornton began supervised release on September 17, 2012. He is scheduled to terminate supervised release on September 16, 2015.

Mr. Thornton was referred for a substance abuse assessment in October 2012. The assessment was completed and no treatment was recommended at that time. On August 30, 2013, and September 10, 2013, the offender tested positive for marijuana use. As a result of the positive tests, he was referred for substance abuse treatment in September 2013. On November 12, 2013, a report was submitted to the Court requesting no action as a result of Mr. Thornton testing positive for marijuana on two occasions and failing to pay restitution as ordered. No action was taken at that time. He has remained in substance abuse treatment since September 2013.

Mr. Thornton was recommended for a psychiatric evaluation in January 2014, after reporting personal stressors and family problems to the treatment provider. The U.S. Probation Office has authorized the treatment provider to conduct the evaluation. An evaluation has not been completed at this time as Mr. Thornton reports conflicts with his work schedule.

Mr. Thornton made restitution payments in December 2013 for $70, January 2014 for $75, and February 2014 for $450. In February 2014, the payment was for $450 including a monthly payment and what was owed in arrearage.

**Update of Offender Characteristics:**

Mr. Thornton has been employed since the start of supervision. He began his current employment at Fiddler's Inn during July 2013. His employment became full-time in February 2014. He currently lives with his girlfriend and their two children.

**U.S. Probation Officer Recommendation:**

It is respectfully requested that Mr. Thornton be continued on supervised release with no further action at this time. He has been advised that further noncompliance could result in sanctions by the Court.

This matter has been reported to the U.S. Attorney's Office and they concur with the recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer