UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00074 |
| | ) | JUDGE CAMPBELL |
| KENNETH MATTHEW THORNTON | ) | |

## ORDER

The Court held a hearing on the Superseding Petition (Docket No. 285) on July 28, 2014.

Defendant Thornton admitted guilt to the three violations alleged in the Superseding Petition.

The parties agreed to a proposed sentence, which the Court accepted.

Defendant Thornton is hereby placed on Home Detention for six (6) months pursuant to U.S.S.G. § 5F1.2. Defendant shall be on electronic monitoring for three (3) months, at his expense if he can afford to pay, and up to six (6) months in the discretion of the Probation Office.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE