PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Kenneth Matthew Thornton</u>    Case Number: <u>3:02-00074-02</u>

Name of Judicial Officer: <u>The Honorable Todd J. Campbell, U. S. District Judge</u>

Date of Original Sentence: <u>June 6, 2003</u>

Original Offense: <u>18 U.S.C. § 924(c), Using and Carrying a Firearm (Molotov Cocktail) During and in Relation to a Crime of Voilence</u>

Original Sentence: <u>144 months' custody followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>September 17, 2012</u>

Assistant U.S. Attorney: <u>Lee Deneke</u>    Defense Attorney: <u>Michael Holley</u>

---

**THE COURT ORDERS:**

☒ No Action *at this time*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 12 day of Sept, 2014,
and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place    Nashville, Tennessee

Date
    September 11, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

   On July 28, 2014, Mr. Thornton tested positive for marijuana. On August 6, 2014, he tested negative for marijuana. On August 19, 2014, he tested positive for marijuana. Mr. Thornton has tested negative for illegal drugs on two additional occasions since August 19, 2014.

2.   **The defendant shall pay $22,837.83 in restitution to the victim(s) identified in the presentence report jointly and severally with applicable co-defendants. The Defendant shall pay at the minimum monthly rate of 10 percent of the Defendant's gross monthly income.**

   Mr. Thornton has failed to make a restitution payment since February, when a payment was made for $450. The outstanding restitution balance is $16,238.55.


**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Thornton began supervised release on September 17, 2012, and is scheduled to terminate on September 16, 2015.

Mr. Thornton was referred for a substance abuse assessment in October 2012. The assessment was completed and no treatment was recommended at that time.

On November 12, 2013, a report requesting no action was submitted to the Court to inform that Mr. Thornton tested positive for marijuana on two occasions and had failed to pay restitution as ordered. No action was taken at that time. As a result of the marijuana use, he was referred again for substance abuse treatment and has remained in treatment since that time.

Mr. Thornton was recommended for a psychiatric evaluation in January 2014, after reporting personal stressors and family problems to the treatment provider. The U.S. Probation Office has authorized the treatment provider to conduct the evaluation.

On March 17, 2014, a report requesting no action was submitted to the Court to inform that Mr. Thornton tested positive for marijuana on three occasions, tested positive for cocaine on one occasion and failed to report for drug testing on one occasion. No action was taken at that time.

On May 2, 2014, a petition requesting a summons was submitted to the Court to inform that Mr. Thornton tested positive for marijuana on twelve occasions, failed to report for drug testing on three occasions, and was arrested for Driving Under the Influence in April 2014.

Although it had been authorized in January 2014, a psychiatric evaluation was delayed as Mr. Thornton reported conflicts with his work schedule. As a result of the automobile accident that lead to the Driving Under the Influence charge, the treatment provider was contacted to schedule a psychiatric evaluation. On May 5, 2014, a psychiatric evaluation was completed on Mr. Thornton. As a result of the evaluation, he was diagnosed with Bipolar Disorder, Posttraumatic Stress Disorder, Cannabis Dependence, and Alcohol Dependence. He is prescribed medication to assist with his mental health concerns. He has continued to participate in substance abuse and mental health treatment to date.

On July 28, 2014, a revocation hearing was held before Your Honor. Mr. Thornton was ordered to a minimum of three months home confinement that may be extended for a total of six months, at the discretion of the probation office. Home confinement began on August 5, 2014, and he has remained in compliance with his home confinement schedule since that time.

**Update of Offender Characteristics:**

Mr. Thornton has been employed since the start of supervision. He began his current employment at Fiddler's Inn during July 2013. His employment became full-time in February 2014. He currently lives with his girlfriend and their two children.

**U.S. Probation Officer Recommendation:**

It is respectfully requested that Mr. Thornton be continued on supervised release with no further action at this time. He has been advised that further noncompliance could result in sanctions by the Court.

This matter has been reported to the U.S. Attorney's Office and they concur with the recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer